In the Matter of the Claim of ANGELO ROSATI, Respondent, against DESPATCH SHOPS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the employer and carrier from an award of compensation for partial loss of hearing, classified as an occupational disease. The award is challenged on the ground claimant is not disabled as that term is defined in section 37 of the Workmen's Compensation Law. Also upon the ground that there was no evidence to show that the percentage loss of hearing was permanent. The award should be affirmed (*Matter of Slawinski* v. *Williams & Co.*, 273 App. Div. 826). Award affirmed, with costs to the Workmen's Compensation Board. Hill, P. J., Heffernan and Russell, JJ., concur; Brewster and Foster, JJ., dissent.

In the Matter of the Claim of GIOVANINA INTRONE, Respondent, against NICK CARBISELLO et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — This is an appeal by the employer and insurance carrier from an award filed June 16, 1947, of the Workmen's Compensation Board, allowing death benefits to the widow and children of Ralph Introne, deceased employee. Decedent was employed as a " shovel oiler ". The employer's principal office was located in Binghamton, N. Y., and the nature of his business was highway construction. Introne, the deceased employee, worked for the employer in different places throughout the State of New York and, at the time of the accident from which he received the injuries resulting in his death, in Natalie, Pennsylvania, on a construction job. The board found that decedent's work was transitory and not conducted at a fixed place outside the State of New York. Decedent's work outside the State of New. York was temporary, and incidental to the general employment in New York State. (*Matter of Cameron* v. *Ellis Construction Co.*, 252 N. Y. 394, 398.) The evidence sustains the finding of the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

In the Matter of the Claim of JAMES HARMAN, Respondent, against REPUBLIC AVIATION CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award to claimant for disability arising from tuberculosis contracted from a fellow employee working immediately adjacent to the place where he worked within the plant. (*Matter of Mason* v. *Y.W.C.A., City of N. Y.*, 271 App. Div. 1042, motion for leave to appeal denied 297 N. Y. 1037.) Award affirmed, with costs to the Workmen's Compensation Board. Hill, P. J., Heffernan, Foster and Russell, JJ., concur; Brewster, J., dissents.